# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TONY QUINTON NEWMY, SR.,     PLAINTIFF
ADC #124420

v.     NO. 3:13CV00132 JLH-JTR

TREY JOHNSON, Parole Officer,
Mississippi County; FRED WRIGHT,
Parole Supervisor, Mississippi County;
and L. HOUSE, Area S.O. Coordinator,
Mississippi County     DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of June, 2013.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE