# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TONY QUINTON NEWMY, SR.,                                                                PLAINTIFF
ADC #124420

v.                                   NO. 3:13CV00132 JLH-JTR

TREY JOHNSON, Parole Officer,
Mississippi County; FRED WRIGHT,
Parole Supervisor, Mississippi County;
and L. HOUSE, Area S.O. Coordinator,
Mississippi County                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of June, 2013.

                                                   _____
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE